UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff

   v.

ANDRES FELIX CAMUDIO,

        Defendant.

NO. CIV. S-05-2253 WBS
NO. CR.  S-04-269  WBS

ORDER

----oo0oo----

Defendant has filed a Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255.  In that portion of the form which asks for the grounds and supporting facts, as Ground One, defendant cites to 21 U.S.C. § 846 and states:

> I sell 1.0 oz of heroin to a federal agent undercover on the streets, I got arrested on the spot and took to San Joaquin - Stockton CA.  After that they took my self to Sacramento for fingerprinting then to Federal Building.

As Ground Two, he cites to 21 U.S.C. § 841(a)(1) and states:

> I got coat [sic] with heroin in my possession.  I was selling in the street and the police arrest my self on the spot.

No other grounds for relief are set forth in the petition.

1

        Perhaps defendant misunderstood the questions.  He must state the grounds upon which he believes he is entitled to relief under section 2255 and the facts which he claims justify that relief.  The fact that he sold heroin to an undercover agent, or that he was caught with heroin in his possession, does not constitute a valid ground for relief under section 2255.

        IT IS THEREFORE ORDERED that defendant's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255 be, and the same hereby is, DISMISSED.

DATED: November 18, 2005

*[signature: William B. Shubb]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE