UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable William B. Shubb
United States District Judge
Sacramento, California

                               RE:    Andres Felix CAMUDIO
                                          Docket Number:   2:04CR00269-01
                                          **MOTION TO WITHDRAW PETITION
                                          AND QUASH WARRANT**

Your Honor:

On July 28, 2009, a Petition alleging the above-named defendant violated the terms and conditions of his supervised release was filed with the Court and a warrant was issued. He is in custody in the District of Arizona and being prosecuted for being an illegal alien in the United States. The District of Arizona initially requested jurisdiction of this Court's matter be transferred to Arizona. However, they are now requesting the Petition and Warrant be recalled, as they plan to impose a greater sentence for the illegal entry to account for this violation.

Although the underlying offense in this district is Conspiracy to Possess Heroin With Intent to Distribute, the advisory guideline range on the violation is 4 to 10 months. As the District of Arizona will increase Camudio's sentence accordingly, it does not appear any further action is needed on the Petition.

RE:   Andres Felix CAMUDIO
      Docket Number:   2:04CR00269-01
      MOTION TO WITHDRAW PETITION AND QUASH WARRANT


Should the Court agree to dismissal of the Petition and quashing of the Warrant, this Court would retain jurisdiction on the underlying case, which the undersigned believes is appropriate.


Respectfully submitted,


/s/
**KAREN A. MEUSLING**
**Supervising Unites States Probation Officer**

Dated:   August 31, 2009
         Sacramento, California
         KAM:kam

cc:   William S. Wong
      Assistant United States Attorney

      Hayes Gable
      Defense Counsel

_____

## THE COURT ORDERS:

[ x ]   The petition filed and warrant issued on July 28, 2009, is hereby dismissed.

August 31, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE